### STATE v. HUDSON, RUSSEL, et al.

Court of Quarter Sessions. 1797.

*Wells' Notebook, 362.*

PER CURIAM. BOOTH, C. J. A deputy cannot make a deputy with the same powers, yet he may authorize the doing of a particular act. They said, likewise, that this writ was not (as it had been argued) obsolete, it being used through the state.